IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CENTER ONE, LLC,** )<br>)<br>Defendant. ) | 2:19cv19-1226<br>**Electronic Filing** |

# ORDER OF COURT

AND NOW, this 9th day of December, 2019, the defendant having filed a Motion to Dismiss and Brief in Support (ECF Nos. 7 & 8),

IT IS HEREBY ORDERED that plaintiff's response thereto shall be filed on or before **December 27, 2019**.

                                            s/ DAVID STEWART CERCONE
                                            David Stewart Cercone
                                            Senior United States District Judge

cc:    Gregory A. Murray, Esquire
        Ronald L. Phillips, Esquire
        Emily E. Mahler, Esquire
        Morgan M. J. Randle, Esquire

(*Via CM/ECF Electronic Mail*)