IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. 2:19-cv-1242-DSC |
| Plaintiff, | Hon. David Stewart Cercone |
| DEMETRIUS FORD, | |
| Proposed Intervenor-Plaintiff, | |
| vs. | |
| CENTER ONE, LLC, | |
| Defendant. | |

### ORDER GRANTING DEMETRIUS FORD'S MOTION TO INTERVENE AS OF RIGHT

Before the Court is Proposed Intervenor Demetrius Ford's Motion to Intervene as of Right under Federal Rule of Civil Procedure 24(a)(1). The Court, having reviewed the motion and the accompanying brief in support of the motion, finds (1) Mr. Ford has an unconditional right to intervene in this matter under Title VII of the Civil Rights Act of 1964, and (2) the motion is timely. Mr. Ford's motion to intervene is therefore GRANTED.

Mr. Ford is hereby added as an Intervenor-Plaintiff to this suit. The Clerk of the Court shall enter Mr. Ford's Complaint in Intervention.

IT IS SO ORDERED.

Dated this ___1st___ day of ___April___, 2020.

s/ David Stewart Cercone
Judge David Stewart Cercone
United States District Court Judge