IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:19cv1242  **Electronic Filing** |
| **CENTER ONE, LLC,** | ) ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 9th day of April, 2020, defendant having filed a Motion to Dismiss for Failure to State a Claim,

IT IS HEREBY ORDERED that plaintiff's response thereto shall be filed on or before **May 6, 2020**. Defendant shall file any reply brief on or before **May 13, 2020.**

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc:   Gregory A. Murray, Esquire
      Ronald L. Phillips, Esquire
      Emily E. Mahler, Esquire
      Morgan M. J. Randle, Esquire
      Taylor Wayne Isaac, Esquire
      James A. Sonne, Esquire
      Zeba A. Huq, Esquire

(*Via CM/ECF Electronic Mail*)