IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) <br>) | 2:19cv19-1226<br>**Electronic Filing** |
| **CENTER ONE, LLC,** )<br>) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 14th day of October, 2020, upon due consideration of defendant's Motion to Dismiss Demetrius Ford's Complaint in Intervention and the record as developed in conjunction therewith, IT IS ORDERED that [25] the motion be, and the same hereby is, denied for the same reasons set forth in [36] the Memorandum Order of September 30, 2020.

s/David Stewart Cercone<br>
David Stewart Cercone<br>
Senior United States District Judge

cc:   Gregory A. Murray, Esquire
      Ronald L. Phillips, Esquire
      Emily E. Mahler, Esquire
      Morgan M. J. Randle, Esquire
      (*Via CM/ECF Electronic Mail*)