## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

      Plaintiff,

  and

**DEMETRIUS FORD**,

      Intervenor Plaintiff,

  v.

**CENTER ONE, LLC**,

      Defendant,

  and

**CAPITAL MANAGEMENT SERVICES, LP**,

      Defendant.

Case No. 2:19-cv-01242-CCW

Hon. Christy Criswell Wiegand

### JOINT MOTION FOR ENTRY OF CONSENT DECREE

      Plaintiff U.S. Equal Employment Opportunity Commission; Intervenor Plaintiff Demetrius Ford (collectively, "Plaintiffs"); Defendant Center One, LLC; and Defendant Capital Management Services, LP (collectively, "Defendants"), respectfully move the Court for approval and entry of the attached Consent Decree (Exhibit 1). In support of the Motion, the parties state as follows:

      1.    Plaintiffs and Defendants have negotiated the attached Consent Decree as a resolution of Plaintiffs' claims in the above-captioned case.

2.      Plaintiffs and Defendants believe that the terms of the Consent Decree are adequate, fair, reasonable, equitable, and just.

3.      Plaintiffs and Defendants believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person. The entry of the Consent Decree will further the objectives of Title VII of the Civil Rights Act of 1964, as amended, and will be in the best interests of the parties, those for whom EEOC seeks relief, and the public.

Date: October 23, 2024                          Respectfully submitted,

/s/ Gregory A. Murray                           MARGOLIS EDELSTEIN
Gregory A. Murray                               BY: /s/ Emily E. Mahler
Senior Trial Attorney                           Emily E. Mahler, Esquire
Pa. I.D. No. 316144                             Pa. I.D. No. 310058
U.S. Equal Employment Opportunity               535 Smithfield Street, Suite 1100
        Commission                              Pittsburgh, PA 15222
Pittsburgh Area Office                          Phone: 412-281-4256
William S. Moorhead Federal Building            Fax: 412-642-2380
1000 Liberty Avenue, Suite 1112                 emahler@margolisedelstein.com
Pittsburgh, PA 15222
Phone: 412-588-6907                             *Counsel for Defendants Center One, LLC, and*
Fax: 412-395-5749                               *Capital Management Services, LP*
Email: gregory.murray@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment*
*Opportunity Commission*

/s/ James A. Sonne
James A. Sonne
Cal. I.D. No. 250759
Zeba A. Huq
Cal. I.D. No. 261440
Stanford Law School Religious Liberty Clinic
559 Nathan Abbott Way
Stanford, CA 94305
Phone: 650-723-1684
Fax: 650-723-4426
Email: zebahuq@law.stanford.edu

*Counsel for Intervenor Plaintiff Demetrius Ford*

2